WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Charles Loomis,<br><br>      Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>      Respondents. | No. CV-14-00445-PHX-JAT<br><br>**ORDER** |

  Pending before this Court is Petitioner's Petition for Writ of Habeas Corpus. (Doc. 1). The Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) recommending that this Court deny the Petition and issuance of a certificate of appealability. (Doc. 15).

  Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

---

  [1] Petitioner received an extension of time to file his objections, but the extended deadline has expired. (Doc. 21).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 15) is **ACCEPTED**; accordingly,

- Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied and dismissed with prejudice,
- in the event Petitioner files an appeal, issuance of a certificate of appealability is denied, and
- the Clerk of the Court shall enter judgment of dismissal with prejudice.

Dated this 29th day of March, 2016.

James A. Teilborg
Senior United States District Judge